**Ronald L. LEGG, Plaintiff–Appellant,**

v.

**SOUTHERN HEALTH PARTNERS,
Jodi Harrison, Defendant–
Appellee.**

No. 12–7979.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 17, 2013.

Decided: Jan. 23, 2013.

Ronald L. Legg, Appellant Pro Se. Elliott T. Halio, Halio & Halio, Charleston, South Carolina, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald L. Legg seeks to appeal the magistrate judge's report recommending that the district court grant Defendant Southern Health Partners' motion for summary judgment on his 42 U.S.C. § 1983 (2006) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). Because it lacks both designation by the district court and consent of the parties, 28 U.S.C. § 636(c) (2006), a magistrate judge's recommendation is not a final, appealable decision. *See Haney v. Addison*, 175 F.3d 1217, 1219 (10th Cir. 1999). Nor is it otherwise appealable to this court. Accordingly, we deny Legg's motion for transcripts at the Government's expense and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*